IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Carroll W. Lewis, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: No. 11-cv-1287-JTM-KMH |
| v. | ) |
| | ) |
| Sequel Youth and Family Services, LLC | ) FRCP 7.1 Disclosure Statement |
| formerly known as Camelot for Kids, | ) |
| | ) |
| Defendant. | ) |

COMES NOW the Defendant, Sequel Youth and Family Services, LLC ("Sequel"), by its undersigned counsel states, in compliance with Federal Rule of Civil Procedure 7.1, that no corporation owns more than 10% of Sequel's stock.

Dated this 10th day of November, 2011.

/s/ *Brian P. Rickert*
Brian P. Rickert, #19041

BROWN, WINICK, GRAVES, GROSS,
BASKERVILLE AND SCHOENEBAUM, P.L.C.
666 Grand Avenue, Suite 2000
Des Moines, IA 50309-2510
Telephone: 515-242-2457
Facsimile: 515-323-8557
E-mail: rickert@brownwinick.com

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 8th day of November, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the participating counsel of record.

/s/ *Kandi Petersen*