IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CARROLL W. LEWIS, <br><br> Plaintiff, <br><br> v. <br><br> SEQUEL YOUTH AND FAMILY SERVICES, LLC FORMERLY KNOWN AS CAMELOT FOR KIDS, <br><br> Defendant. | CASE NO. 6:11-CV-1287-JTM-KMH <br><br><br><br> JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |

COME NOW the parties hereto and hereby jointly dismiss the above-captioned case with prejudice, and with each party to pay their own respective court costs.

_____
Carroll W. Lewis, Jr.
P. O. Box 782963
Wichita, KS 67278
Telephone: (316) 409-9238
E-mail: C_lou_21@hotmail.com

**PLAINTIFF – PRO SE**

_____
Brian P. Rickert, #19041
James H. Gilliam, AT0002882
Jonathan M. Gallagher, AT0009845

BROWN, WINICK, GRAVES, GROSS,
BASKERVILLE AND SCHOENEBAUM, P.L.C.
666 Grand Avenue, Suite 2000
Des Moines, IA 50309-2510
Telephone: 515-242-2400
Facsimile: 515-283-0231
E-mail: rickert@brownwinick.com
E-mail: gilliam@brownwinick.com
E-mail: gallagher@brownwinick.com

**ATTORNEYS FOR DEFENDANT**

00259697.DOC